ARTURO J. GONZALEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
AGonzalez@mofo.com
KBrakebill@mofo.com

Attorneys for Plaintiffs
GABRIEL RODRIGUEZ and
REBECCA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY RENDON,<br><br>                               Plaintiff,<br><br>          v.<br><br>FRESNO POLICE DEPARTMENT, POLICE OFFICER MARCUS K. TAFOYA, POLICE SGT. MIKE MANFREDI, POLICE OFFICERS JOHN DOES 1-20 and THE CITY OF FRESNO,<br><br>                               Defendants. | Case No. 1:05-CV-00661-OWW-DLB<br><br>Consolidated with Case No. 1:05-CV-01017-OWW-DLB<br><br>**MODIFIED STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL AND HEARING ON DEFENDANTS' MOTION TO TRIFURCATE**<br><br>**Proposed Hearing Date: July 18, 2006**<br>Time:          9:00 a.m.<br>Judge:        Hon. Dennis L. Beck<br>Place:         Courtroom 9<br><br>Actions Filed:  May 20, 2005 and<br>                         August 8, 2005<br>Trial Date:      September 26, 2006 |
| GABRIEL RODRIGUEZ AND REBECCA RODRIGUEZ,<br><br>                               Plaintiffs,<br><br>          v.<br><br>CITY OF FRESNO; MARCUS TAFOYA, individually; and DOES 1 through 50, inclusive,<br><br>                               Defendants. | |

The parties hereby stipulate to defer the Settlement Conference in this matter from July 18, 2006 at 10:00 a.m. to a date to be determined in August or September 2006.  The parties also stipulate to continue the hearings on Plaintiffs' Motion to Compel and Defendants' Motion to Trifurcate to July 18, 2006 at 10:00 a.m., so as to replace the time previously set aside for the Settlement Conference.

Respectfully submitted,

Dated:  July 11, 2006

MORRISON & FOERSTER LLP


By:   /s/ Kenneth W. Brakebill
     Kenneth W. Brakebill

Attorneys for Plaintiffs

Dated:  July 11, 2006

WEAKLEY, RATLIFF, ARENDT & MCGUIRE LLP


By:   /s/ James D. Weakley
     James D. Weakley

Attorneys for Defendants

IT IS SO ORDERED.

DATED:   JULY 12, 2006

3c0hj8

_____/S/ DENNIS L. BECK_____
UNITED STATES MAGISTRATE JUDGE