# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>CITY OF FRESNO, et al.,<br><br><br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:05cv0661 OWW DLB
Consolidated with Case No.
1:05-CV-01017 OWW DLB

ORDER GRANTING APPLICATION FOR
LEAVE TO FILE DOCUMENTS UNDER
SEAL

(Document 80)

Pursuant to the Stipulation and Application for Leave to File Documents Under Seal, filed on July 12, 2006, and pursuant to Local Rule 39-141(d), the parties are HEREBY GRANTED leave to file the confidential portions of the Joint Statement and certain exhibits filed on July 12, 2006, under seal.  The parties shall forward to the Court a digital copy of the documents to be sealed in PDF format.

IT IS SO ORDERED.

    **Dated:   July 14, 2006**          _____ **/s/ Dennis L. Beck**_____
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE

1