1  David Anthony Rendon
   14556 Crowner Ave.
2  San Martin, California 95046

3
   Plaintiff In Pro Se
4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8
   DAVID ANTHONY RENDON,                  ) **LEAD CASE NO.  1:05-CV-00661 OWW DLB**
9                                         )
                Plaintiff,                ) **Consolidated with Case No.**
10                                        ) **1:05-CV-01017 OWW-DLB**
          vs.                             )
11                                        ) **STIPULATION AND ORDER GRANTING**
   FRESNO POLICE DEPARTMENT,              ) **AN EXTENSION OF TIME TO FILE**
12 POLICE OFFICER MARCUS K. TAFOYA,       ) **OPPOSITION FOR SUMMARY JUDGMENT**
   POLICE SGT. MIKE MANFREDI, POLICE      )
13 OFFICERS JOHN DOES 1-20 and THE        )
   CITY OF FRESNO,                        ) Date: July 24, 2006
14                                        ) Time: 10:00 a.m.
                Defendants.               ) Courtroom: Three
15                                        ) Hon. Oliver W. Wanger
   _____)
16                                        ) Complaint Filed: May 20, 2005
   GABRIEL RODRIGUEZ and REBECCA          )
17 RODRIGUEZ,                             ) Trial Date: September 26, 2006
                                          )
18              Plaintiffs,               )
                                          )
19        vs.                             )
                                          )
20 CITY OF FRESNO; MARCUS TAFOYA,         )
   individually and as an officer of the Fresno )
21 Police Department; and DOES 1 through 50, )
   inclusive,                             )
22                                        )
                Defendants.               )
23                                        )
   _____
24

25 ///

26 ///

27 ///

28 ///


   )

1  The parties hereby stipulate to grant an extension for the Opposition of Summary
2  Judgement of Plaintiff, David Rendon, currently scheduled filing date of July 10, 2006, for two
3  days, to July 12, 2006, no later than 4:30 p.m., on that date.

4

5  DATED: July 10, 2006

6

7                                              By:     /s/   David A. Rendon
                                                        David A. Rendon, Plaintiff in Pro Se
8

9  DATED: July 10, 2006

10                                             WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

11

12                                             By:     /s/   James J. Arendt
                                                        James D. Weakley
13                                                      James J. Arendt
                                                        Attorneys for Defendants
14

15 IT IS SO ORDERED.

   **Dated:   July 15, 2006**                          **/s/ Oliver W. Wanger**
16 emm0d6                                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2