ARTURO J. GONZALEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
AGonzalez@mofo.com
KBrakebill@mofo.com

Attorneys for Plaintiffs
GABRIEL RODRIGUEZ AND
REBECCA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY RENDON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO POLICE DEPARTMENT, POLICE OFFICER MARCUS K. TAFOYA, POLICE SGT. MIKE MANFREDI, POLICE OFFICERS JOHN DOES 1-20 and THE CITY OF FRESNO,<br><br>Defendants. | Case No. 1:05-CV-00661-OWW-DLB<br><br>Consolidated with Case No. 1:05-CV-01017-OWW-DLB<br><br>**STIPULATION AND APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND ORDER THEREON**<br><br>Actions Filed: May 20, 2005 and<br>           August 8, 2005<br>Trial Date:   September 26, 2006 |
| GABRIEL RODRIGUEZ AND REBECCA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; MARCUS TAFOYA, individually; and DOES 1 through 50, inclusive,<br><br>Defendants. | |

STIPULATION AND APPLICATION FOR LEAVE TO FILE DOCUMENT
UNDER SEAL AND [PROPOSED] ORDER THEREON
Case No. 1:05-CV-00661-OWW-DLB
sf-2185819

The parties hereby stipulate and apply, pursuant to Civil Local Rule 39-141(d), for leave of Court to file the confidential portion of the concurrently filed Joint Pretrial Conference Statement under seal.  This Statement was previously lodged with Judge Wagner's chambers on August 18, 2006; the parties agreed in advance of the Pretrial Conference on August 21, 2006 and represented to the Court that it would file the Joint Statement following the Conference.

Good cause exists to grant this application to file the confidential portion of the Joint Statement under seal.  It contains information that has been designated as confidential by the City of Fresno pursuant to the Stipulated Protective Order, entered on April 19, 2006, and its May 7, 2006 Addendum.  Accordingly, the portion designated as confidential by the City of Fresno should be sealed.

For the foregoing reasons, the parties respectfully request that their joint application to file under seal a portion of their Joint Statement be granted.

Respectfully submitted,

Dated: August 29, 2006        MORRISON & FOERSTER LLP

By:   /s/ Kenneth W. Brakebill
        Kenneth W. Brakebill

Attorneys for Plaintiffs

Dated: August 29, 2006        WEAKLEY, RATLIFF, ARENDT & MCGUIRE LLP

By:   /s/ James D. Weakley
        James D. Weakley

Attorneys for Defendants

STIPULATION AND APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND [PROPOSED] ORDER THEREON
Case No. 1:05-CV-00661-OWW-DLB
sf-2185819

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 | Dated:   August _31__, 2006        /s/ OLIVER W. WANGER
4 |                                                      Honorable Oliver W. Wanger

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND APPLICATION FOR LEAVE TO FILE DOCUMENT
UNDER SEAL AND [PROPOSED] ORDER THEREON
Case No. 1:05-CV-00661-OWW-DLB
sf-2185819

2

PDF created with pdfFactory trial version www.pdffactory.com