1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   KENNETH W. BRAKEBILL (CA SBN 196696)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
4  Facsimile:  (415) 268-7522
   AGonzalez@mofo.com
5  KBrakebill@mofo.com

6  Attorneys for Plaintiffs
   GABRIEL RODRIGUEZ AND
7  REBECCA RODRIGUEZ

8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  DAVID ANTHONY RENDON, | Master Case No. 1:05-CV-00661-OWW-DLB |
| 13             Plaintiff, | Consolidated with Case No. 1:05-CV-01017-OWW-DLB |
| 14        v. | **JUDGMENT** |
| 15  FRESNO POLICE DEPARTMENT, POLICE OFFICER MARCUS K. TAFOYA, POLICE SGT. MIKE MANFREDI, POLICE OFFICERS JOHN DOES 1-20 and THE CITY OF FRESNO, | Action Filed:  August 8, 2005 |
| 18             Defendants. | |
| 20  GABRIEL RODRIGUEZ AND REBECCA RODRIGUEZ, | |
| 21             Plaintiffs, | |
| 22        v. | |
| 23  CITY OF FRESNO; MARCUS TAFOYA, individually; and DOES 1 through 50, inclusive, | |
| 25             Defendants. | |

JUDGMENT
Case No. 1:05-CV-00661-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

Whereas the Defendants City of Fresno and Marcus Tafoya have presented Plaintiffs Gabriel and Rebecca Rodriguez (hereinafter, the "Rodriguez Plaintiffs") with a Rule 68 Offer in case number 1:05-CV-01017-OWW-DLB, and that Offer has been accepted, the Court enters final judgment in favor of the Rodriguez Plaintiffs as follows:

    1.    Judgment is entered against Defendants City of Fresno and Marcus Tafoya and in favor of the Rodriguez Plaintiffs on all their claims in the sum of $1,600,000.00 to be paid by the City of Fresno on behalf of all Defendants.  Said sum comprises $750,000.00 as damages plus $850,000.00 as attorney's fees and costs.

    2.    Defendant City of Fresno shall retain all records in this case for five and one-half years from the date of the entry of this Judgment.

**JUDGMENT IS SO ORDERED.**

Dated:   October 11, 2006        /s/ Oliver W. Wanger
                                            Honorable Oliver W. Wanger

PDF created with pdfFactory trial version www.pdffactory.com